**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6165**

ROBERT LEE HARRIS,

              Petitioner - Appellant,

        v.

JUSTIN ANDREWS, Warden,

              Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:14-hc-02061-D)

Submitted:  June 3, 2015                    Decided:  June 24, 2015

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Lee Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Harris, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant Harris leave to proceed in forma pauperis, we affirm for the reasons stated by the district court.  See Harris v. Andrews, No. 5:14-hc-02061-D (E.D.N.C. Oct. 15, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED